WILLIAM SDOIA, Respondent, *v.* THOMAS C. CAWLEY, Appellant.

Argued April 13, 1943; decided May 27, 1943.

*Salvador J. Capecelatro* for appellant.

*R. R. Calli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.
Taking no part: LEHMAN, Ch. J., and FINCH, J.